NATIONAL HARROW CO. v. NORTH MOLITOR MFG. CO. (Circuit Court of Appeals, Sixth Circuit. November 9, 1898.) No. 633. Appeal from the Circuit Court of the United States for the Eastern District of Michigan. Howard & Roos, for appellant. Cahill & Ostrander, for appellee. Dismissed on appellant's motion.

---

NEW YORK, N. H. & H. R. CO. v. GROSS. (Circuit Court of Appeals, Second Circuit. April 20, 1897.) No. 103. In Error to the Circuit Court of the United States for the Southern District of New York. Henry W. Taft, for plaintiff in error. Mark D. Wilber and De Forest & Klein, for defendant in error. No opinion. Affirmed.

---

NORTH AMERICAN TRUST CO. v. FOWLER et al. (Circuit Court of Appeals, Second Circuit. June 30, 1897.) Appeal from the Circuit Court of the United States for the Southern District of New York. W. J. Patterson, for appellant. Hiram R. Steele, for appellees. Dismissed on consent, pursuant to twentieth rule.

---

OHIO & I. TORPEDO CO. v. CAMPBELL. (Circuit Court of Appeals, Sixth Circuit. October 4, 1898.) No. 635. In Error to the Circuit Court of the United States for the Western Division of the Northern District of Ohio. Gilbert Harmon and Jesse Stephen, for plaintiff in error. Nearing & Painter and James Beverstock, for defendant in error. Dismissed per stipulation.

---

RICHARDSON v. AMERICAN PIN CO. (Circuit Court of Appeals, Second Circuit. December 18, 1896.) No. 45. Appeal from the Circuit Court of the United States for the District of Connecticut. J. Bonsall Taylor and William Strawbridge, for appellant. George E. Terry, for appellee. Dismissed by consent, pursuant to the twentieth rule.

---

SCHNABEL et al. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. March 8, 1897.) No. 95. Appeal from the Circuit Court of the United States for the Southern District of New York. Hatch & Wickes, for appellants. Wallace Macfarlane, U. S. Atty. No opinion. Affirmed.

---

SLEVIN v. McINTYRE. (Circuit Court of Appeals, Second Circuit. May 12, 1897.) In Error to the Circuit Court of the United States for the Southern District of New York. Evarts, Choate & Beaman, for plaintiff in error. Bowers & Sands, for defendant in error. Dismissed.

---

SMITH v. CHICAGO & A. R. CO. (Circuit Court of Appeals, Eighth Circuit. May 9, 1898.) No. 1,019. In Error to the Circuit Court of the United States for the Western District of Missouri. P. H. Cullen and W. A. Edmonston, for plaintiff in error. George Robertson, for defendant in error. Dismissed, with costs, pursuant to the twenty-third rule, on motion of the defendant in error.